FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA.

2016 APR -5 P 4: 04

**FELONY**

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

### BILL OF INFORMATION FOR THEFT OF GOVERNMENT FUNDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 16-055 |
| v. | * | SECTION: SECT. B MAG. 4 |
| DARRYL B. STEWART | * | VIOLATION: 18 U.S.C. §641 |

\* \* \*

The United States Attorney charges that:

### COUNT ONE - THEFT OF GOVERNMENT FUNDS

Beginning in or about April 2011, and continuing until in or about December 2012, in the Eastern District of Louisiana, the defendant, **DARRYL B. STEWART**, did knowingly steal, purloin, and convert to his own use money of the United States Department of Justice, a department and agency of the United States, to which he knew he was not entitled, having a value in excess of $1,000.

___Fee  USA
___Process
_x_Dktd
___CtRmDep
___Doc. No.

1

All in violation of Title 18, United States Code, Section 641.

                              KENNETH ALLEN POLITE, JR.
                              UNITED STATES ATTORNEY

                              _____
                              EDWARD J. RIVERA
                              Assistant United States Attorney

New Orleans, Louisiana
April 5, 2016

No. _____

# United States District Court

## FOR THE
### EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

*vs.*

DARRYL B. STEWART

---

## BILL OF INFORMATION FOR
## THEFT OF GOVERNMENT FUNDS

VIOLATION: 18 U.S.C. § 641

---

Filed _____, 20 16

_____, *Clerk.*

By _____, *Deputy*

_____
EDWARD J. RIVERA
Assistant United States Attorney