UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 16-55 |
| DARRYL B. STEWART | SECTION "B" |

## NOTICE OF REARRAIGNMENT

Take Notice that this criminal case has been set for **REARRAIGNMENT on WEDNESDAY, JUNE 1, 2016 at 2:00 P.M.**, before Judge Ivan L.R. Lemelle, Courtroom C-501, 500 Poydras Street, New Orleans, LA 70130.

**IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING.**

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

| | |
|---|---|
| Date: April 20, 2016 | WILLIAM W. BLEVINS, CLERK |
| TO: | Issued by: Isidore Grisoli, Deputy Clerk |
| Darryl B. Stewart | AUSA Edward Rivera |
| **Counsel for defendant:**<br>**Pat Fanning** | U.S. Marshal |
| | U.S. Probation Office |
| **FBI**<br>**S/A Peter Prozik** | U.S. Probation Office - Pretrial Services Unit |
| | **JUDGE LEMELLE** |
| | **MAGISTRATE** |
| | COURT REPORTER COORDINATOR |
| | INTERPRETER: None |